FILED

2020 Jul-21  PM 12:24
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **EVA BLAIR CRITTENDEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case: 3:19-cv-01242-LCB** |
| | ) | |
| **QUAD CITIES TAXI & LIMO,** | ) | |
| *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Eva Blair Crittenden ("Plaintiff") provides Notice of Settlement of this action by all parties. The parties have executed a  mediation agreement.  The parties are working on the final documentation to permit voluntary dismissal of the case by the parties and  anticipate having this documentation completed shortly.

**WHEREFORE,** premises considered,  Plaintiff files this Notice of Settlement.

Respectfully Submitted, this the 21st day of July 2020.

/s/ L. Landis Sexton
L. Landis Sexton
AL Bar # 5057-N71L
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
Telephone: 334-819-4030
Email: LLS@ADA-Firm.com
*Counsel for Mrs. Crittenden*

/s/ Cassie E. Taylor
Cassie E. Taylor
AL Bar # 8297-N67R
ADA Group LLC
4001 Carmichael Road
Suite 570
Montgomery, Alabama 36106
Telephone: 334-356-5314
Email: CET@ADA-Firm.com
*Counsel for Mrs. Crittenden*

/s/ Pshon Barrett
Pshon Barrett (admitted *pro hac vice*)
ADA Group LLC
4001 Carmichael Road
Suite 570
Montgomery, Alabama 36106
Telephone: 334.819.4030
Email: Pshon.Barrett@ADA-Firm.com
*Counsel for Mrs. Crittenden*

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the

aforementioned Notice of Settlement for service of process by USPS mail or

electronic mail, postage prepaid and properly addressed this 21st day of July 2020

to the following:


James Irby
James Irby P.C.
120 East Tennessee Street
Florence, Alabama 35630
Telephone: 256-766-7778
Facsimile: 256-776-7845
Email: james@jamesirby.com
*Counsel for Quad Cities, Carbine, and Mr. Carbine*

Alabama Public Service Commission
Luther D. Bentley IV
100 North Union Street
Montgomery, Alabama 36104
Telephone: 334-242-5116
Facsimile: 334-242-0748
Email: luke.bentley@psc.alabama.gov
*Counsel for the APSC*

*/s/ L. Landis Sexton*
L. Landis Sexton
*Counsel for Mrs. Crittenden*
